ORTIZ & ORTIZ, L.L.P.
287 Park Avenue South, Suite 728
New York, New York 10010
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
Norma E. Ortiz, Esq.
*Proposed Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

MICHAEL J. TULCHINER aka
MICHAEL JAY TULCHINER aka
MICHAEL TULCHINER dba
LAW OFFICE OF MICHAEL J. TULCHINER,       Case No.

                                                 Sub Chapter V Chapter 11
                           Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF MICHAEL J. TULCHINER REGARDING CASH FLOW STATEMENT, BALANCE SHEET, AND INCOME TAX RETURN PURSUANT TO 11 U.S.C. § 1116**

Michael J. Tulchiner, the above-captioned debtor in possession, hereby swears as follows:

1. I have been informed that I am obligated to annex a copy of my most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return to my bankruptcy petition. Because my petition was filed on short notice, I will amend this Declaration to provide the information I possess that is required by Section 1116.

I hereby declare under the penalty of perjury that the foregoing is accurate and true to the best of my knowledge and belief.

Dated: March 2, 2023
      Melville, New York                                     *S/Michael J. Tulchiner*
                                                                   Michael J. Tulchiner