Ainsworth Gorkin PLLC
POB 605
New York, NY 10038


Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101


Fundamental Capital LLC
100 Garden City Plaza
Ste. 410
Garden City, NY 11530


Mall 1-Bay Plaza LLC
546 Fifth Ave
15th Flr
New York, NY 10036


NYS Dept of Tax And Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


Oved & Oved LLP
401 Greenwhich Street
New York, NY 10013


Silverline Services, Inc.
1334 Peninsula Blvd.
Ste. 160
Hewlett, NY 11557


Zachter PLLC
2 University Plaza
Ste. 205
Hackensack, NJ 07601

United States Bankruptcy Court
Eastern District of New York

In re: Michael J. Tulchiner

Case No. 23-70736-ast

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/06/2023

/s/ Michael J. Tulchiner
Signature of Debtor

_____
Signature of Joint Debtor