**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MICHAEL J. TULCHINER aka<br>MICHAEL JAY TULCHINER aka<br>MICHAEL TULCHINER dba<br>LAW OFFICE OF MICHAEL J.<br>TULCHINER,<br><br>                    Debtor. | **Case No. 23-70736-AST**<br>**Chapter 11 -- Subchapter V** |

# **EXHIBIT A**

**LAW OFFICES OF MICHAEL J. TULCHINER, ESQ.**
425 Broadhollow Road, Suite 210
Melville, New York 11747
631-847-0400
michael@tulchinerlaw.com

## WIRE INSTUCTIONS

Bank:             Citibank, N.A.

Address:          2261 Broadhollow Road, Farmingdale, New York 11735

Account Name:     Law Offices of Michael J. Tulchiner

ABA Routing #:    Redacted

Account#:         Redacted

# CREDIT SUISSE

## Funding Allocation Report

Lender: CSFB - CSFB
Customer: LOGN - Logan Finance
Account: LOGN-BPL - Business Purpose Mortgage

| Loan ID | Name | Funding ID | Collateral Value | Principal Amt | Funding Amt | Surplus/(Deficit) | Eff. Date | Tran. Date |
|---|---|---|---|---|---|---|---|---|
| *Funding Type: Advances* | *Method: Wire DDA Account:Redacted* | | | | | | | |
| Redacted | Mentore | Redacted | 0.00 | 1,164,000.00 | 1,186,479.79 | (22,479.79) | 2022-08-26 | 2022-08-26 |
| | | Total: 1 Loans | 0.00 | 1,164,000.00 | 1,186,479.79 | (22,479.79) | | |
| | | Account Total: 1 Loans | 0.00 | 1,164,000.00 | 1,186,479.79 | ( 22,479.79) | | |
| | | Customer Total: 1 Loans | 0.00 | 1,164,000.00 | 1,186,479.79 | ( 22,479.79) | | |
| | | Lender Total: 1 Loans | 0.00 | 1,164,000.00 | 1,186,479.79 | ( 22,479.79) | | |

| customer_code | funding_id | payee_name | effective_date | transaction_date | payee_address |
|---|---|---|---|---|---|
| LOGN | Redacted | Law Offices Of Michael J. Tulchiner, ESQ | 8/26/2022 | 8/26/2022 | 425 Broadhollow Rd STE 210 |

| payee_accountnum | payee_city | payee_state | payee_zipcode | payee_aba_number | payee_instruction1 | payee_instruction2 | loan_id |
|---|---|---|---|---|---|---|---|
| Redacted | Melville | NY | 11747 | Redacted | Redacted | Citibank N.A. | Redacted |

| loan_description | curr_amount | curr_interest | curr_fee | curr_unapplied | short_name | loan_sak | posted_by | job_sak | lender_sak | lender_code |
|---|---|---|---|---|---|---|---|---|---|---|
| Mentore | 1,164,000 | .00 | .00 | 22,480 | Mentore | Redacted | Smartt, Denise | Redacted | Redacted | Redacted |

| collateral_key | collateral_value | transtype | transtype_descr | closing_agent_name | transaction_amt | fund_amt | lender_descr |
|---|---|---|---|---|---|---|---|
| Redacted | .00 | M393 | Funded Advance - Requested | | 1,186,479.79 | 1,186,479.79 | Redacted |

| confirmation_id | confirmation_time | funding_action | coll_group_code | member_sak | query_stmt_descr | note_rate | orig_prin_balance |
|---|---|---|---|---|---|---|---|
| D03223806431O1 | 10:33 | A | | | | 4.39 | 1,164,000 |

| orig_loan_balance | curr_prin_balance | investor_name | closedate | float_credit | participation_amt | date_advanced | date_paid | confirmation_date |
|---|---|---|---|---|---|---|---|---|
| 1,164,000 | 1,164,000 | | 9/9/2022 | 1,186,480 | 1,164,000 | 8/26/2022 | | 8/26/2022 |

| turn_time | title_begin_date | title_end_date |
|---|---|---|
| 14 | 8/25/2022 | 8/26/2022 |