**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MICHAEL J. TULCHINER aka<br>MICHAEL JAY TULCHINER aka<br>MICHAEL TULCHINER dba<br>LAW OFFICE OF MICHAEL J.<br>TULCHINER,<br><br>                    Debtor. | **Case No. 23-70736-AST**<br>**Chapter 11 -- Subchapter V** |

# **EXHIBIT C**

# Loan Disbursement Instructions

Lender: Logan Finance Corporation, a Corporation

Date: 08/26/2022

Loan #: Redacted

Borrower Name(s): Errol P Mentore

MIN #: 1003788-2000002663-6

Loan Amount: $1,164,000.00

Property Address: 278 Halsey Street
Brooklyn, NY 11216

**PAYMENT CATEGORIES:**
- Financed = The portion of the fee financed as part of the loan amount. This amount is paid through the proceeds of the loan;
- PTC = (Paid through Closing) The portion of the fee paid from the borrower's own funds as part of the closing process paid by cash or check;
- PAC = (Paid at Closing) The portion of the fee paid at closing by the borrower, seller, broker, lender other;
- POC = (Paid outside Closing) The portion of the fee paid before loan is closed.

**CALCULATION METHODOLOGY:**
- Borrower [Financed + PTC = PAC] + POC = Total Borrower Amount Paid
- Seller/Broker/Lender/Other PAC + POC = Total Amount Paid by Seller/Broker/Lender/Other
- Total Amount = The total summation of Borrower, Seller, Broker, Lender and Other paid costs

(*) = Impacts APR

**PLEASE COLLECT/DISBURSE THE FOLLOWING:**

| Origination Charges | | | | | Total Amount |
|---|---|---|---|---|---|
| Administration Fee | Paid To: Logan Finance Corporation | | | | $1,295.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $1,295.00 | * $1,295.00 | | |
| Broker Fee | Paid To: Mtg Maven LLC | | | | $11,640.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $11,640.00 | * $11,640.00 | | |

| Services - Borrower Did Not Shop | | | | | Total Amount |
|---|---|---|---|---|---|
| Appraisal Fee | Paid To: NADLAN VALUATION INC | | | | $850.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | | | $850.00 | |
| Credit Report | Paid To: Mtg Maven LLC | | | | $35.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $35.00 | $35.00 | | |

| Services - Borrower Did Shop | | | | | Total Amount |
|---|---|---|---|---|---|
| Title - Courier Fee | Paid To: ADAR LAND AND TREE ABSTRACT | | | | $40.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $40.00 | * $40.00 | | |
| Title - e-Recording Fee | Paid To: ADAR LAND AND TREE ABSTRACT | | | | $75.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $75.00 | * $75.00 | | |
| Title - Escrow Fee | Paid To: ADAR LAND AND TREE ABSTRACT | | | | $150.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $150.00 | * $150.00 | | |
| Title - Lender's Title Insurance | Paid To: ADAR LAND AND TREE ABSTRACT | | | | $4,051.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $4,051.00 | $4,051.00 | | |
| Title - Notary Fee | Paid To: LAW OFFICES OF MICHAEL J. TULCHINER | | | | $250.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $250.00 | * $250.00 | | |
| Title - Settlement Fee | Paid To: LAW OFFICES OF MICHAEL J. TULCHINER | | | | $1,500.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $1,500.00 | * $1,500.00 | | |
| Title - Title Endorsement Fee | Paid To: ADAR LAND AND TREE ABSTRACT | | | | $150.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $150.00 | $150.00 | | |
| Title - Title Examination | Paid To: ADAR LAND AND TREE ABSTRACT | | | | $644.54 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $644.54 | $644.54 | | |
| Title - Wire Transfer Fee | Paid To: LAW OFFICES OF MICHAEL J. TULCHINER | | | | $50.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $50.00 | * $50.00 | | |

| Recording Fees, Transfer Taxes and Other Government Fees | | | | | Total Amount |
|---|---|---|---|---|---|
| Filing Fees | Paid To: ADAR LAND AND TREE ABSTRACT | | | | $2,910.00 |
| | Financed | PTC | PAC | POC | |
| Lender | | | $2,910.00 | | |
| Recording Fees (Deed $0.00;Mortgage $215.00;Releases $0.00) | | | | | $215.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $215.00 | * $215.00 | | |
| State Tax/Stamps (Deed $0.00;Mortgage $22,407.00) | | | | | $22,407.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $22,407.00 | $22,407.00 | | |



| Prepaid Items Required to be Paid in Advance | | | | | Total Amount |
|---|---|---|---|---|---|
| Homeowner's Insurance Premium (12 mo. @ $318.75) | Paid To: Safeside Insurance Brokerage Inc | | | | $3,825.00 |
| | Financed | PTC | PAC | POC | |
| | Borrower | $3,825.00 | $3,825.00 | | |
| Prepaid Interest ( $243.16 per day from 8/26/22 to 9/1/22 ) | | | | | $1,458.96 |
| | Financed | PTC | PAC | POC | |
| | Borrower | * $1,458.96 | * $1,458.96 | | |
| Property Taxes (3 mo. @ $344.48) | Paid To: County of Kings | | | | $1,033.44 |
| | Financed | PTC | PAC | POC | |
| | Borrower | $1,033.44 | $1,033.44 | | |

| Initial Escrow Payment (Provided at Closing) | | | | | Total Amount |
|---|---|---|---|---|---|
| Homeowner's Insurance (3 mo. @ $318.75) | | | | | $956.25 |
| | Financed | PTC | PAC | POC | |
| | Borrower | $956.25 | $956.25 | | |
| Property Taxes (2 mo. @ $344.48) | | | | | $688.96 |
| | Financed | PTC | PAC | POC | |
| | Borrower | $688.96 | $688.96 | | |
| Aggregate Adjustment | | | | | ($688.96) |
| | | PTC | PAC | | |
| | Borrower | ($688.96) | ($688.96) | | |

| Payoffs and Payments | | | |
|---|---|---|---|
| To | Account Number | Account Type | Amount |
| PHH MORTGAGE SERVICES | Redacted | MortgageLoan | $413,237.00 |
| OPEN WATER CHARGES TO THE CITY OF NEW YORK | | | $7,573.76 |
| HPD PROPERTY REGISTRATION FEE TO CITY OF NEW YORK | | | $13.00 |
| ECB VIOLATIONS TO BE PAID TO THE CITY OF NEW YORK | | | $14,250.00 |
| Total Payoffs and Payments | | | $435,073.76 |

| Wire Breakdown | |
|---|---|
| Loan Amount | $1,164,000.00 |
| Over Wire Amount | |
| Total Deductions | -$19,569.79 |
| Lender Credits | |
| Wire Transfer Amount | $1,186,479.79 |

## Costs and Credits Itemized By Paying/Crediting Party

| | Total Borrower-Paid Fees | $50,626.19 |
|---|---|---|
| CD Section | Fee Description | Total Amount |
| A.02 | Administration Fee | * $1,295.00 |
| G.08 | Aggregate Adjustment | ($688.96) |
| B.01 | Appraisal Fee | $850.00 |
| A.03 | Broker Fee | * $11,640.00 |
| B.02 | Credit Report | $35.00 |
| G.01 | Homeowner's Insurance (3 mo. @ $318.75) | $956.25 |
| F.01 | Homeowner's Insurance Premium (12 mo. @ $318.75) | $3,825.00 |
| F.03 | Prepaid Interest ( $243.16 per day from 8/26/22 to 9/1/22 ) | * $1,458.96 |
| G.03 | Property Taxes (2 mo. @ $344.48) | $688.96 |
| F.04 | Property Taxes (3 mo. @ $344.48) | $1,033.44 |
| E.01 | Recording Fees (Deed $0.00;Mortgage $215.00;Releases $0.00) | * $215.00 |
| E.03 | State Tax/Stamps (Deed $0.00;Mortgage $22,407.00) | $22,407.00 |
| C.01 | Title - Courier Fee | * $40.00 |
| C.02 | Title - e-Recording Fee | * $75.00 |
| C.03 | Title - Escrow Fee | * $150.00 |
| C.04 | Title - Lender's Title Insurance | $4,051.00 |
| C.05 | Title - Notary Fee | * $250.00 |
| C.06 | Title - Settlement Fee | * $1,500.00 |
| C.07 | Title - Title Endorsement Fee | $150.00 |
| C.08 | Title - Title Examination | $644.54 |
| C.09 | Title - Wire Transfer Fee | * $50.00 |

| | Total Lender Paid | $2,910.00 |
|---|---|---|
| CD Section | Fee Description | Total Amount |
| E.02 | Filing Fees | $2,910.00 |

# Instructions to Escrow/Title/Closing Agent

## Transaction Details

**From**
LOGAN FINANCE CORPORATION
520 CHICKASAWBA ST
Blytheville, AR 72315
HEZLA BUTLER, HBUTLER@LOGANFINANCE.COM

**Loan Details**
LOAN #: Redacted
MIN #: 1003788-2000002663-6
Borrower Name(s): Errol P Mentore
Loan Type: Conventional

**To**
ESCROW #: FTA5729
ATTN: MICHAEL J. TULCHINER, ESQ
LAW OFFICES OF MICHAEL J. TULCHINER, ESQ
425 BROADHOLLOW ROAD, SUITE 210
Melville, NY 11747
PHONE: 631-847-0400
FAX:

**To**
TITLE #: FTA5729
ATTN: MICHAEL J. TULCHINER, ESQ.
LAW OFFICES OF MICHAEL J. TULCHINER, ESQ
425 BROADHOLLOW ROAD, SUITE 210
Melville, NY 11747
PHONE: 631-847-0400
FAX:

Last Loan Estimate Received:
Initial Closing Disclosure Received:
Document Date: 08/26/2022
Closing Date: 08/26/2022
Signing Date: 08/26/2022
Disbursement/Settlement Date: 08/26/2022
Rescission Date:
Consummation Date: 08/26/2022
Interest Rate Expiration Date: 09/09/2022

Loan Amount: $1,164,000.00
Appraised Value: $1,940,000.00
Sales Price:
Interest Rate %: 7.625 %
Loan Term: 30 years
Loan Purpose: Cash-Out Refinance
Occupancy: NON-OWNER
Lien Position: FirstLien
First Payment Date: 10/01/2022
Maturity Date: 09/01/2052

Principal and Interest: $8,238.72
Estimated Taxes: $344.48
Hazard Insurance: $318.75
Flood Insurance:
Mortgage Insurance:
City Property Tax:

Total: $8,901.95

## Property
Property details should read as follows:

278 Halsey Street
Brooklyn, NY 11216

## Vesting
The vesting details should read as follows:

ERROL P MENTORE, AN UNMARRIED MAN

## Questions
All questions concerning these instructions, conditions and funding procedures should be...
Directed to: HEZLA BUTLER              At: Logan Finance Corporation

Phone:                                   Fax:
E-MAIL: HBUTLER@LOGANFINANCE.COM
ALL DOCUMENTS MUST BE IN OUR OFFICE 48 HOURS AFTER SIGNING OF LOAN DOCUMENTS.
This Loan MUST CLOSE BY 08/26/2022.
Failure to comply with these instructions may delay funding.

In the event this loan does not close on the date indicated in these closing instructions; or, if the loan documentation does not conform to the information stated herein, DO NOT CLOSE THE LOAN WITHOUT NOTIFYING THE CREDITOR.

ICE Mortgage Technology, Inc.            Page 1 of 4            GEMCI115  0320
                                                                GEMCI115 (CLS)
                                                                08/25/2022 09:01 AM PST



**Title Policy**

A(n)    ALTA                    Policy with Endorsement(s) should be issued within 30 days of closing.

Final title policy when issued must reflect the following:

1. Creditor's Title Policy is to be in the amount of $1,164,000.00.

2. Secondary financing in the amount of   N/A           has been approved.

3. ALTA              Policy must contain endorsements  : 8.1, 9-06,22

4. Title is to be clear and is to show no special assessments pending or of record. All special assessments must be paid prior to closing, unless otherwise authorized by us.

5. Any and all encroachments must be insured over.

6. Issue said form of Policy free from encumbrances except items of preliminary Title Report dated  06/30/2022.

7. The vesting should read as referenced above.

8. Lien Position:    [X] We must be in First Lien Position.    [ ] We must be in Second Lien Position.

9. Final Title Policy and Recorded Documents to be sent to:
Logan Finance Corporation
1393 Veterans Memorial Hwy, Suite 308 N
Hauppauge, NY 11788
Attn: Post Closing Department

**Hazard Insurance**

The Creditor must have satisfactory evidence of hazard/fire insurance. Do not disburse without evidence of Hazard Insurance. The loss payable clause must be:
Logan Finance Corporation, a Corporation, Its Successors And/Or Assigns, A.T.I.M.A
520 Chickasawba St.
Blytheville, AR 72315
LOAN NO.: Redacted

Hazard Insurance coverage must be equal to the lesser of the loan amount or the full replacement value of the property improvements, and must extend for either a term of at least  Twelve (12) Month(s) after the closing date for purchase transactions or  Six (6) Month(s)    after the closing date for refinance transactions.

[ ] California Civil Code 2955.5(a) provides: No creditor shall require a borrower, as a condition of receiving or maintaining a loan secured by real property, to provide hazard insurance coverage against risks to the improvements on that real property in an amount exceeding the replacement value of the improvements on the property.

**Flood Insurance**

The Creditor will obtain a flood certification, and if the property is located in a flood hazard area will specify the need, if any, for flood insurance. The loss payable clause for flood Insurance is the same as hazard/fire insurance.

[X] Flood Insurance is not required.

[ ] Flood Insurance is required.

**Taxes and Assessments**

All taxes and assessments, including special assessments, due are to be paid at the time of settlement and a receipt provided. Where taxes and assessments are shown on the Title Policy as an exception, the Title Policy must indicate "not yet due and payable." Additional instructions:   ALL TAXES AND INSURANCE DUE WITHIN 60 DAYS MUST BE PAID AT CLOSING

**Right to Cancel**

On all refinance loans, second lien loans, and/or any transaction subject to rescission, the Notice of Right to Cancel must be given at closing. The Notice of Right To Cancel must be properly completed, including all dates. **EACH** Borrower, obligor and/or person holding an ownership interest in the property must be given **two (2)** copies. The signed originals acknowledging receipt of the completed Right To Cancel by each Borrower, obligor, and/or person given copies of the Notices must be returned with the closing package. Should the transaction be rescinded by any of the obligors, immediately notify our office.  RIGHT OF RESCISSION MAY NOT BE WAIVED WITHOUT OUR PRIOR WRITTEN CONSENT.

| | |
|---|---|
| **Signatures** | BORROWER(S) MUST SIGN ALL DOCUMENTS EXACTLY AS HIS OR HER NAME APPEARS ON THE BLANK LINE PROVIDED FOR HIS OR HER SIGNATURE(S). Where a witness is required, you must have the document witnessed. If an acknowledgment is provided, a person authorized to take acknowledgments in the state of closing must execute the acknowledgment. The acknowledgment date must be no earlier than the date of the document being acknowledged. |
| **Corrections** | Any correction to loan documents must be approved in writing by us in advance. **NO WHITE-OUT PERMITTED.** Approved deletion should be made by marking a single line through the language being deleted. All additions and deletions must be initialed by all borrowers. |
| **Closing Disclosure** | The Borrower(s) and Seller(s) Closing Disclosures must clearly indicate the recipient of each item shown on the disclosures. Both Borrower(s) and Seller(s) must sign the Closing Disclosure if signature lines appear on the document or any addendum to the document. The Final Closing Disclosure must be received by each consumer no later than 3 specific Business Days before consummation and must reflect all receipts and disbursements in these closing instructions. However, if Closing Disclosure becomes inaccurate before consummation, creditor shall provide Corrected Closing Disclosure reflecting any changed terms to consumer so consumer receives Corrected Closing Disclosure at or before consummation.<br><br>The Closing Disclosure is prepared by the Creditor. The Closing Agent is not allowed to make updates to the Closing Disclosure. If any changes to fees occur, the loan documents may need to be re-drawn and re-signed. |
| **Power of Attorney** | Prior written approval must be obtained from the Creditor when closing a loan by Power of Attorney. If granted, the Power of Attorney must be specific to the loan transaction and must specifically show the complete property address (street number and name, city, state, county and zip code, or complete legal). It must be recorded prior to the security document in the same county in which the Security Instrument is recorded and the Creditor must receive a copy of the recorded Power of Attorney as a trailing document. If seller is closing a loan by Power of Attorney, a certified copy of the signed Power of Attorney must be returned in our package. |
| **FHA or VA** | No fees or charges may be paid by Borrower(s) except as permitted by FHA or VA. |
| **Occupancy** | This loan is approved as an:<br><br>☐ Owner-occupant<br>☒ Non-owner occupant loan<br>☐ Second Home.<br><br>Do not close if circumstances of Borrower(s) are different. |

Executed Closing Documents to be delivered to:
Logan Finance Corporation
1393 Veterans Memorial Hwy
Suite 308 N
Hauppauge, NY 11788

| Additional Items | Please furnish the following: |
|---|---|

Closing ***IMPORTANT*** ALL DOCS ARE DATE SENSITIVE:All documents are date sensitive. If the date of consummation changes, the closer must be notified and a new document package will be required. This applies in all states, except Arizona.

Closing - PTF Conditions:Allow 48 hours for funding after docs have been received. Reviewed and all PTF conditions have been signed off.

Closing - Document Expiration:Approval expiration based on expiration dates; credit report expires: 11/23/2022; Income: _____; Assets: 9/27/2022; Appraisal: 11/12/2022; Title: 9/28/2022

Closing - General Closing Instructions:Copy of fully executed MASTER SPECIAL CLOSING INSTRUCTONS signed by closing agent for all WET fundings. (Not applicable for CALIFORNIA loans.)

Closing - Docs to be signed:Docs to be signed at closing:

Closing - Signed Final Application Form 1003:Final 1003 signed and dated by mortgage originator and borrower(s)

Closing - Yield Spread:Loan is priced _____ Par. Loan is priced at _____, Lender _____; ___ bps / ___ Pts - $_____

Closing - FINAL PITI(A):Max PITIA  $8,901.95,if final PITI(A) exceeds this amount file to be returned to underwriter for review.

Closing - Debts To Be Paid:Paying off the following debts at closing:  PHH MORTGAGE - $413,237.00.  Settlement statement to reflect payoff and a copy to be included in closing package.

Closing - Funding Docs:Please e-mail copy of executed loan documents to Funder listed, in order to receive funding authorization.

Closing - Business Purpose Affidavit:Required on all Business Purpose loans

Closing - Subordinate Financing Not Permitted:Subordinate financing is not permitted. Lien to be released/closed.

Closing - Closing Agent to Provide:The closing attorney/title company must collect the required documents to clear all B II exceptions and provide a clear final title policy. No Liens or judgements can reflect on the final title policy.

Closing - Disbursement:Title to disburse lender funds within 24 hours. If unable to do so, wire must be returned to lender.

Closing - Note Date:Title to ensure borrower does not sign prior to the note date.  If signing date changes, title to notify closer immediately to re-draw docs.

Closing - Title Vesting:Title vesting to be:   ERROL P MENTORE  *If closing in LLC or Trust name loan file must include LLC or Trust documents along with approval from legal.

Closing - AKA Affidavit:To be completed for all borrowers, non-obligated spouses, and/or non-obligated co-owners

Closing - Title Vested in Trust/LLC:Vesting to read: ERROL P MENTORE

In the event this loan does not close on the date indicated in these instructions, or if the loan documentation does not conform to the information stated herein, please do not close the loan without notifying the office of the Creditor. You shall be deemed to have accepted and to be bound by these closing instructions if you fail to notify us to the contrary within   24    hours of your receipt hereof, or if you disburse any funds to or for the account of the Borrower(s).

I hereby acknowledge receipt of these special instructions and agree to be bound by the terms contained herein.



Settlement Officer                                                                              Date  8/26/2022

# HUD-1 Settlement Statement – Closing Costs

| A. | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | SETTLEMENT STATEMENT | |
|---|---|---|---|---|
| **B. TYPE OF LOAN** | | | 6. File Number | 7. Loan Number |
| 3. XX CONV. UNINS. | 1. ☐ FHA  4. ☐ VA | 2. ☐ FmHA  5. ☐ CONV. INS. | | Redacted |
| | | | 8. Mortgage Insurance Case Number | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Errol P. Mentore<br>21 Jefferson Avenue<br>Brooklyn, New York 11238 | | Logan Finance Corporation<br>520 Chickasawba Street<br>Blytheville, AK 72315 |
| **G. PROPERTY LOCATION:**<br>278 Halsey Street<br>Brooklyn, New York 11216 | **H. SETTLEMENT AGENT:** NAME, AND ADDRESS<br>Law Offices of Michael J. Tulchiner<br>425 Broadhollow Road, Suite 210<br>Melville, New York 11747 | |
| | **PLACE OF SETTLEMENT:**<br>Melville, New York | **I. SETTLEMENT DATE:**<br>August 26, 2022 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower(line 1400) | $49,676.19 | 403. | |
| 104. payoff to PHH | $413,237.00 | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. | | 407. Town/School Taxes | |
| 108. Village Taxes | | 408. Village Taxes | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | **$462,913.19** | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit of earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $1,164,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. payoff to | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | **$1,164,000.00** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from borrower(line 120) | $462,913.19 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower(line 220) | $1,164,000.00 | 602. Less reductions in amount due seller (line 520) | |
| 303. CASH ( FROM) (XX TO) BORROWER | $701,086.81 | 603. CASH (✓ TO) (☐ FROM) SELLER | |

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL SALES/BROKER'S COMMISSION** based on price         @      %= | | |
| *Division of Commission (line 700) as follows:* | | |
| 701. Real Estate Commission | | |
| 702. | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Administration Fee to Logan Finance Corporation | $1,295.00 | |
| 802. Mortgage Broker fee              to MTG Maven LLC | $11,640.00 | |
| 803. Appraisal Fee              to Nadian Valuation     $850.00   POC by Borrower | | |
| 804. Credit Report to Go Rascal, Inc. | $35.00 | |
| 805. Flood Certification to | | |
| 806. Application Fee to | | |
| 807. Processing Fee to | | |
| 808. Lender paid Broker Fee to MTG Maven LLC         2% - $23,280.00 POC by Lender | | |
| 809. Tax Service Fee to | | |
| 810. Document Preparation Fee to | | |
| 811. Administration/Processing fee to | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 08/26/2022 to 09/01/2022 - $243.16/day | $1,458.96 | |
| 902. Mortgage Insurance Premium for              months to | | |
| 903. Hazard Ins. Premium for 1 year to Union Mutual Insurance by Borrower | $3,825.00 | |
| 904.              years to | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | $956.25 | |
| 1001. Hazard Insurance         3 months @$318.75/month         $956.25 | | |
| 1002. Mortgage insurance         months @ $     per month | | |
| 1003. City property taxes         2 months @ $344.48/month         $688.96 | | |
| 1004. County property taxes         months @$ | | |
| 1005. Annual assessments         months @ $     per month | | |
| 1006. School Tax/Town Taxes         months @ $ | | |
| 1007.         months @ $     per month | | |
| 1008. Aggregate Adjustment         -$688.96 | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee to Law Offices of Michael J. Tulchiner | $1,500.00 | |
| 1102. | | |
| 1103. Title examination/additional searches to Adar Land and Tree Abstract | $644.54 | |
| 1104. Courier Fee   to Adar Land and Tree Abstract | $40.00 | |
| 1105. wire fee      to Law Office of Michael Tulchiner | $50.00 | |
| 1106. Notary fees/closer fee | $250.00 | |
| 1107. | | |
|         (includes above items numbers; 1101, 1105, 1107                    ) | | |
| 1108. Title Insurance         to Fidelity National Title | $4,201.00 | |
|         (includes above items numbers; 1102, 1103, 1104 & 1109 & 1110     ) | | |
| 1109. Lender's coverage of $1,164,000.00 to Adar Land and Tree Abstract - $4,051.00 | | |
| 1110. Owner's coverage to | | |
| 1111. Title Insurance Endorsements - $150.00 to Adar Land & Tree Abstract | | |
| 1112. | | |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording fees:         Deed:         Mortgage: $215.00 | $215.00 | |
| 1202. Mortgage recording service fee to Adar Land and Tree Abstract | $75.00 | |
| 1203. NYS Mortgage Recording Tax:         Borrower: $22,407.00   Lender paid: $2,910.00 | $22,407.00 | |
| 1204. CPF Tax | | |
| 1205. Recording service fee to | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Escrow Service fee to Adar Land and Tree Abstract | $50.00 | |
| 1302. Property Taxes Due 10/1/22 to the City of New York | $1,033.44 | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | $49,676.19 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 'Settlement Statement.

The HUD-1 Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with statement.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Borrowers:

_____
Errol P. Mentore
August 26, 2022

_____
**Settlement Agent:**
**Law Office of Michael Tulchiner, Esq.**
**August 26, 2022**