**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MICHAEL J. TULCHINER aka<br>MICHAEL JAY TULCHINER aka<br>MICHAEL TULCHINER dba<br>LAW OFFICE OF MICHAEL J. TULCHINER,<br><br>Debtor. | Case No. 23-70736-AST<br>Chapter 11 -- Subchapter V |

**[PROPOSED] ORDER GRANTING UNSECURED CREDITOR LOGAN FINANCE CORP.'S MOTION TO EXTEND CLAIM FILING PERIOD DUE TO INSUFFICIENT <u>NOTICE</u>**

On _____, 2023, the Motion to Extend Claim Filing Period due to Insufficient Notice (the "Motion") of Creditor Logan Finance Corp. ("Movant"), dated July 28, 2023, came before the Court, for relief from the Order establishing the May 12, 2023 deadline for filing proofs of claim (Dkt. 18).  Proper notice of the hearing has been provided.  This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby ORDERED that Movant will have until _____ to file its proof of claim.

_____
United States Bankruptcy Judge
